43083. MEADERS v. WHITE et al.

FELTON, Chief Judge. 1. The unappealed-from judgment of March 30, 1967, sustaining the general demurrer to the petition, fixed the law of the case as to the insufficiency of the petition to set out a cause of action, unless a valid amendment, filed within the 15 days allowed by the order, cured this defect. *Bryan v. Digby,* 112 Ga. App. 134 (1) (144 SE2d 230) and cit.

2. Merely filing an amendment within the 15-day period without having it allowed by the court was not sufficient to constitute such purported amendment a part of the record in the case. *White v. City of Manchester,* 92 Ga. App. 642, 643 (1) (89 SE2d 581) and cit.

3. Since no valid, timely amendment was allowed, it was error to allow an amendment thereafter. *Northside Manor, Inc. v. Vann,* 219 Ga. 298, 299 (133 SE2d 32). See especially *Georgia Ports Authority v. Pushay,* 223 Ga. 616 (    SE2d    ).

It follows that the court erred in its judgment overruling the defendant's motion to strike the untimely amendment and dismiss the petition.

*Judgment reversed. Hall and Eberhardt, JJ., concur.*

ARGUED SEPTEMBER 6, 1967—DECIDED OCTOBER 11, 1967.

*Stewart, Sartain & Carey, Jack M. Carey,* for appellant.

*Robinson, Thompson, Buice & Harben, C. Frank Strickland, Jr., Maylon K. London,* for appellees.